# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

MOHAMED JALLOH,

    Plaintiff,

v.

MARKWAYNE MULLIN,
Secretary, U.S. Department of
Homeland Security, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:26-CV-3984-MHC

## ORDER

On July 16, 2026, the Clerk sent a letter to Plaintiffs' counsel Mohammad Saleem requiring he comply with admission to practice in the Northern District of Georgia *pro hac vice* [Doc. 2]. To date, no response to the Clerk's directive has been received nor has counsel complied with Local Rule 83.1. Mr. Saleem is hereby **ORDERED TO SHOW CAUSE** in writing on or before August 6, 2026, why he should not be removed from this case. Failure to counsel to comply with this Order will result in removal from this case.

**IT IS SO ORDERED** this 17th day of July, 2026.

_____
MARK H. COHEN
United States District Judge